USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/16/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
: 
**DELROY ASKINS,** :
:
                          **Plaintiff/Relator,** :        **19-cv-8793 (ALC)**
:
           **-against-** :        **ORDER**
:
**STRIVE INTERNATIONAL, INC., ET AL.,** :
:
                              **Defendant.** :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      On February 28, 2020, Defendants filed a letter requesting a pre-motion conference regarding an anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6). To date, Plaintiff has not responded. Plaintiff is hereby ordered to respond by June 30, 2020. The court has mailed this order to plaintiff.

**SO ORDERED.**

**Dated:  June 16, 2020**
          **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**