USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/19/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**ASKINS,**

                **Plaintiff,**

        -against-                        1:19-cv-8793-ALC

**WEINBER,G ET AL,**                    <u>**ORDER**</u>

                **Defendants.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will conduct a telephone status conference in this action on September 9, 2020 at 3 p.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED**

**Dated:** August 19, 2020

       New York, New York                          **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**