```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 4, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x
**DELROY ASKINS,**

                **Plaintiff,**

            **-against-**

**STRIVE INTERNATIONAL, INC. ET AL,**

                **Defendants.**

----------------------------------------------------------- x

**19-CV-8793 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    In light of Defendants' letter (ECF No. 39), Plaintiff's opposition to Defendants' motion to dismiss, and judicial efficiency, the Court shall allow Plaintiff to amend his complaint. Accordingly, the Court denies Defendants' motion to dismiss (ECF No. 31) without prejudice. Plaintiff shall amend his complaint by March 4, 2021.

**SO ORDERED.**

**Dated: February 4, 2021**
       **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**