```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
DELROY ASKINS,                                         :
                                                       :
                              Plaintiff,               :     19-cv-8793 (ALC)
                                                       :
              -against-                                :     ORDER TO RESPOND
                                                       :
STRIVE INTERNATIONAL, INC., ET AL.,                    :
                                                       :
                              Defendants.              :
------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/7/21

**ANDREW L. CARTER, JR., United States District Judge:**

On March 26, 2021, Defendants filed a letter requesting a pre-motion conference regarding an anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6). To date, Plaintiff has not responded.

Accordingly, Plaintiff is hereby ordered to respond by **October 26, 2021**. Defendants are directed to serve a copy of this order on Plaintiff and file proof of service no later than **October 12, 2021**.

**SO ORDERED.**

Dated:   October 7, 2021
         New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**