USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 5, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DELROY ASKINS,**

                      **Plaintiff,**

       **-against-**

**PHILIP WEINBERG ET AL.,**

                      **Defendants.**

**19-CV-8793 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On March 26, 2021, Defendants filed a letter requesting a pre-motion conference regarding an anticipated motion to dismiss. On October 7, 2021, the Court ordered Plaintiff to respond by October 26, 2021. To date, Plaintiff has not responded.

Defendants' request is hereby GRANTED. The Court shall hold a telephonic pre-motion conference on **Wednesday, December 1 at 3:00 p.m.** The parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**. Defendants are directed to serve a copy of this order on Plaintiff and file proof of service no later than **November 8, 2021**.

**SO ORDERED.**

**Dated:  November 5, 2021**
         **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**