USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 15, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DELROY ASKINS,**

                      **Plaintiff,**

    -against-

**PHILIP WEINBERG ET AL.,**

                      **Defendants.**

**19-CV-8793 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's request that the December 1, 2021 pre-motion conference be held in person. This request is denied. The conference will remain telephonic.

    Plaintiff's letter states that Plaintiff's deadline to respond to Defendants' pre-motion conference request was extended to November 9, 2021. To date, the Court is not in receipt of an extension request from Plaintiff. In advance of the conference, Plaintiff shall respond by letter to the arguments in Defendants' pre-motion conference letter. Plaintiff's response shall be filed no later than **Wednesday, November 24, 2021**.

    Defendants are directed to serve a copy of this order on Plaintiff and file proof of service no later than **November 16, 2021**.

**SO ORDERED.**

**Dated:  November 15, 2021**
         New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**