USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 29, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DELROY ASKINS,**

                **Plaintiff,**

-against-

**PHILIP WEINBERG ET AL.,**

                **Defendants.**

**19-CV-8793 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's response to Defendants' request for a pre-motion conference regarding Defendants' anticipated motion to dismiss Plaintiff's amended complaint. *See* ECF No. 56.

In light of Plaintiff's submission, the pre-motion conference scheduled for Wednesday, December 1, 2021 is cancelled. Defendants are granted leave to file a motion to dismiss. The Court sets the following briefing schedule for the motion:

    **Defendants' Opening Motion:  December 28, 2021**
    **Plaintiff's Response: January 25, 2022**
    **Defendants' Reply: February 8, 2022**

Defendants are directed to serve a copy of this order on Plaintiff by mail and e-mail, and file proof of service no later than **November 30, 2021**.

**SO ORDERED.**

**Dated:  November 29, 2021**
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**