```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 23, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**DELROY ASKINS,**

                             **Plaintiff,**

          -against-

**STRIVE INTERNATIONAL, INC.,**

                             **Defendant.**

**19-CV-8793 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of the settlement conference scheduled for January 23, 2023 before the Honorable Barbara C. Moses, *pro se* Plaintiff's response to Defendant's pre-motion conference request at ECF No. 78 is extended to **February 14, 2023**.

      The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

      So Ordered.

**Dated:  December 23, 2022**
          New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**