```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DELROY ASKINS,

        Plaintiff,

-against-

STRIVE INTERNATIONAL, INC.,

        Defendant.

19-CV-8793 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    A settlement conference is scheduled in this matter before Magistrate Judge Barbara Moses on January 23, 2023, at 2:15 p.m., in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The Court is in receipt of defendant's confidential settlement letter. However, plaintiff did not submit any confidential settlement letter, as required by ¶ 3 of the Court's Scheduling Order (Dkt. 79). Further, it appears from defendant's letter that, although the parties discussed settlement on January 11, 2023, defendant failed to make a good-faith settlement offer, as required by ¶ 2 of the Scheduling Order.

    By 5:00 p.m. on January 19, 2023, the parties shall remedy these failures. Plaintiff shall submit his confidential settlement letter in accordance with ¶ 3 of the Scheduling Order, and defendant shall submit an updated letter describing its good-faith settlement offer. Defendant is directed to serve a copy of this order on plaintiff <u>by email</u> no later than January 18, 2023, and file proof of such service on the docket.

Dated: New York, New York
       January 17, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**